**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Brewer et al. v. CHS/Community Health Systems, Inc. et al.     Case Number: 1:25-cv-15578

An appearance is hereby filed by the undersigned as attorney for: Plaintiffs

Attorney name (type or print):  Ruben R. Chapa

Firm:     Schlichter Bogard LLC

Street address:     33 North Dearborn Street, Ste. 1170

City/State/Zip:     Chicago, IL 60602

Bar ID Number:  6215869          Telephone Number:     (630) 919-9301
(See item 3  in instructions)

Email Address: rchapa@uselaws.com

Are you acting as lead counsel in this case?          ☒ Yes     ☐ No

Are you a member of the court's general bar?          ☒ Yes     ☐ No

Are you a member of the court's trial bar?          ☒ Yes     ☐ No

Are you appearing *pro hac vice*?          ☐ Yes     ☒ No

If this case reaches trial, will you act as the trial attorney?     ☒ Yes     ☐ No

If this is a criminal case, check your status.     ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/23/2025

Attorney signature:     S/ Ruben R. Chapa

(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023