**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Brewer et al. v. CHS/Community Health Systems, Inc. et al.

Case Number: 1:25-cv-15578

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs

Attorney name (type or print): Kaitlin Minkler

Firm: Schlichter Bogard LLC

Street address: 100 S. 4th Street, Ste. 1200

City/State/Zip: St. Louis, MO 63102

Bar ID Number: 73867 MO
(See item 3 in instructions)

Telephone Number: (314) 621-6115

Email Address: kminkler@uselaws.com

Are you acting as lead counsel in this case? ☐ Yes ☒ No

Are you a member of the court's general bar? ☒ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

Are you appearing *pro hac vice*? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status. ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/23/2025

Attorney signature: S/ Kaitlin Minkler
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023