**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Brewer et al. v.
CHS/Community Health Systems, Inc. et
al.

Case Number: 1:25-cv-15578

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs

Attorney name (type or print):  Patrick R. Kutz

Firm:    Schlichter Bogard LLC

Street address:    100 S. 4th Street, Ste. 1200

City/State/Zip:    St. Louis, MO 63102

Bar ID Number:  66023 MO
(See item 3 in instructions)

Telephone Number:    (314) 621-6115

Email Address: pkutz@uselaws.com

Are you acting as lead counsel in this case?          ☐ Yes    ☒ No

Are you a member of the court's general bar?          ☒ Yes    ☐ No

Are you a member of the court's trial bar?          ☐ Yes    ☒ No

Are you appearing *pro hac vice*?          ☐ Yes    ☒ No

If this case reaches trial, will you act as the trial attorney?          ☒ Yes    ☐ No

If this is a criminal case, check your status.          ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/23/2025

Attorney signature:    S/ Patrick R. Kutz
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023