## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Dwayne Brewer, et al.

                              Plaintiff,

v.
                                        Case No.: 1:25−cv−15578
                                        Honorable Joan H. Lefkow

CHS/Community Health Systems, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 23, 2025:

      MINUTE entry before the Honorable Joan H. Lefkow: Initial status hearing is set for 2/25/2026 at 9:30 a.m. in person in courtroom 2201. The parties may file a joint proposed scheduling order or a joint written status report by 2/23/2026 if no status hearing is necessary. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.