AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

<table>
<tr><td>

Dwayne Brewer, Marcia Francois, Kathleen Doyle-Stark, and Wendy Poindexter, individually and as representatives of a class of participants

_____
*Plaintiff(s)*

v.

CHS/Community Health Systems, Inc., Gallagher Benefit Services, Inc., and John Does 1-20,

_____
*Defendant(s)*

</td><td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td><td>

Civil Action No.  1:25-cv-15578

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gallagher Benefit Services, Inc.
c/o Registered Agent C T Corporation System
208 SO Lasalle St., Suite 814
Chicago, IL 60604-1101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ruben R. Chapa
Schlichter Bogard LLC
33 North Dearborn Street, Ste. 1170
Chicago, IL 60602
rchapa@uselaws.com
(630) 919-9301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

Date:  January 5, 2026
_____

_____
(By) DEPUTY CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-15578

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gallagher Benefit Services, Inc c/o C T Corporation System was received by me on *(date)* Jan 5, 2026, 4:47 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Derek Hackett , who is designated by law to accept service of process on behalf of *(name of organization)* Gallagher Benefit Services, Inc c/o C T Corporation System on *(date)* Tue, Jan 06 2026 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ $0.00.

I declare under penalty of perjury that this information is true.

Date: 01/06/2026

_____
*Server's signature*

Kyle Clutter 115-002370
_____
*Printed name and title*

333 S Wabash Ave Suite 2700, Chicago, IL 60604
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 6, 2026, 11:54 am CST at 208 South La Salle Street, Chicago, IL 60604 received by Derek Hackett. Relationship: Document specialist;