## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Illinois

Case Number: 1:25-CV-15578

Plaintiff:
**Dwayne Brewer, Marcia Francois, Kathleen Doyle-Stark, and
Wendy Poindexter, individually and as representatives of a class
participants**

vs.

Defendant:
**CHS/Community Health Systems, Inc., Gallagher Benefit Services,
Inc, and John Does 1-20**

For:
Schlichter, Bogard & Denton, LLP
100 South Fourth Street, Ste. 900
St. Louis, MO 63102

Received by Kentucky Process Service Inc. on the 2nd day of January, 2026 at 11:56 am to be served on **CHS/Community Health Systems c/o Registered Agent Russell Baldwin, 4000 Meridian Blvd, Franklin, TN 37067**.

I, Marcus Watson, being duly sworn, depose and say that on the **14th day of January, 2026** at **1:29 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet** to: **Russell Baldwin** as **Registered Agent** for **CHS/Community Health Systems**, at the address of: **4000 Meridian Blvd, Franklin, TN 37067**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 63, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 200, Hair: Grey, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 15th day of January, 2026 by the affiant who is personally known to me.

NOTARY PUBLIC

Brittany Dawn Rue
Notary Public, ID KYNP65685
State at Large, Kentucky
My Commission Expires on Jan. 25, 2027

**Marcus Watson**
Process Server
01/15/2026
**Date**

**Kentucky Process Service Inc.**
**290 High Street**
**Versailles, KY 40383**
**(859) 489-0726**

Our Job Serial Number: KPM-2026000021

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e



Doc ID: bd2035dc1d3d79ab05f38558011fb1b9ef4cfba3

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

| | |
|---|---|
| Dwayne Brewer, Marcia Francois, Kathleen Doyle-Stark, and Wendy Poindexter, individually and as representatives of a class of participants<br><br>*Plaintiff(s)*<br><br>v.<br><br>CHS/Community Health Systems, Inc., Gallagher Benefit Services, Inc., and John Does 1-20,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.  1:25-cv-15578 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHS/Community Health Systems
c/o Registered Agent Russell Baldwin
4000 Meridian Blvd.
Franklin, TN 37067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ruben R. Chapa
Schlichter Bogard LLC
33 North Dearborn Street, Ste. 1170
Chicago, IL 60602
rchapa@uselaws.com
(630) 919-9301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK



Date: __January 2, 2026__

(By) DEPUTY CLERK

Doc ID: bd2035dc1d3d79ab05f38558011fb1b9ef4cfba3

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CHS/Community Health Systems

was received by me on *(date)*  01/02/2026  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Russell Brown, Registered Agent  , who is

designated by law to accept service of process on behalf of *(name of organization)*  CHS/Community Health Systems

at 4000 Meridian Blvd, Franklin, TN 37067  on *(date)*  01/14/2026  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: 01/15/2026 _____

_____
*Server's signature*

Marcus Watson, Process Server
_____
*Printed name and title*

290 High Street, Versailles, KY 40383
_____
*Server's address*

Additional information regarding attempted service, etc:

Doc ID: bd2035dc1d3d79ab05f38558011fb1b9ef4cfba3