**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Dwayne Brewer, et al. v.
CHS/Community Health Systems,
Inc., et al.

Case Number: 25-cv-15578

An appearance is hereby filed by the undersigned as attorney for:

Gallagher Benefit Services, Inc.

Attorney name (type or print): J. Christian Nemeth

Firm: McDermott Will & Schulte LLP

Street address: 333 SE 2nd Avenue, Suite 4500

City/State/Zip: Miami, FL 33131

Bar ID Number: 6276708
(See item 3 in instructions)

Telephone Number: 312-984-3292

Email Address: jcnemeth@mwe.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔Yes | ☐No |
| Are you a member of the court's general bar? | ✔Yes | ☐No |
| Are you a member of the court's trial bar? | ✔Yes | ☐No |
| Are you appearing *pro hac vice*? | ☐Yes | ✔No |
| If this case reaches trial, will you act as the trial attorney? | ✔Yes | ☐No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 23, 2026

Attorney signature: S/ J. Christian Nemeth
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023