**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

DWAYNE BREWER, MARCIA FRANCOIS, KATHLEEN DOYLE-STARK, AND WENDY POINDEXTER, individually and as representatives of a class of participants and beneficiaries on behalf of the CHS/COMMUNITY HEALTH SYSTEMS, INC. WELFARE BENEFIT PLAN,

     Plaintiffs,

v.

CHS/COMMUNITY HEALTH SYSTEMS, INC., GALLAGHER BENEFIT SERVICES, INC., and JOHN DOES 1–20,

     Defendants.

_____ /

Case No. 25-cv-15578

Hon. Joan H. Lefkow

**DEFENDANT GALLAGHER BENEFIT SERVICES' FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT AND RULE 3.2 NOTICE OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the undersigned states as follows.

1.     Defendant Gallagher Benefit Services is a subsidiary of Arthur J. Gallagher & Co.

2.     Arthur J. Gallagher & Co. is a publicly held corporation that has no parent corporation.

3.     Arthur J. Gallagher & Co. has issued common stock, with only Vanguard Group, Inc., Blackrock, Inc., and JP Morgan Chase & Co. owning 5% or more of its stock.

1

Dated: January 23, 2026

Respectfully submitted,

s/    *J. Christian Nemeth*

MCDERMOTT WILL & EMERY LLP
J. Christian Nemeth
444 W. Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700
Email:  *jcnemeth@mwe.com*

*Counsel for Defendant Gallagher Benefit Services*

## CERTIFICATE OF SERVICE

I, J. Christian Nemeth, hereby certify that, on January 23, 2026, I caused the foregoing *Federal Rule Of Civil Procedure 7.1 Corporate Disclosure Statement And Rule 3.2 Notice Of Affiliates* to be filed electronically using this Court's CM/ECF system, thereby serving such filing on all registered participants identified in the Notice of Electronic Filing in this matter on this date.

/s/    *J. Christian Nemeth*

J. Christian Nemeth Dw

2