**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

DWAYNE BREWER, MARCIA FRANCOIS, KATHLEEN DOYLE-STARK, AND WENDY POINDEXTER, individually and as representatives of a class of participants and beneficiaries on behalf of the CHS/COMMUNITY HEALTH SYSTEMS, INC. WELFARE BENEFIT PLAN,

      Plaintiffs,

v.

CHS/COMMUNITY HEALTH SYSTEMS, INC., GALLAGHER BENEFIT SERVICES, INC., and JOHN DOES 1–20,

      Defendants.

                     /

Case No. 25-cv-15578

Hon. Joan H. Lefkow

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO THE CLASS ACTION COMPLAINT**

Defendant Gallagher Benefit Services, Inc. ("Gallagher"), through its counsel, respectfully requests that this Court grant Gallagher an extension of time to respond to the Class Action Complaint through and including March 4, 2026. This motion is based on the following grounds:

1. Plaintiffs filed the Class Action Complaint on December 23, 2025. ECF. No. 1.

2. Gallagher's current deadline to respond to the Second Amended Complaint is January 27, 2026.

3. Counsel for Gallagher has just been retained in this matter.

4. Counsel for Gallagher requires time to investigate and thoughtfully respond to the lengthy allegations in the Complaint.

1

5.     Gallagher respectfully seeks an extension of time to and including March 4, 2026 to respond to the complaint.

6.     Accordingly, there is good cause for this proposed extension.

7.     On January 21-23, 2026, counsel for Gallagher contacted Plaintiffs' counsel regarding this proposed extension.  Plaintiffs' counsel does not oppose the request.  Gallagher has indicated to Plaintiffs' counsel that it does not oppose an extension of Plaintiffs' response deadline to any initial dispositive motion (should Gallagher file one) to April 29, 2026.

8.     No prejudice to any party will result if this motion is granted, as this Court has not yet imposed a schedule for the case.

9.     Their request is made in good faith and not for purposes of delay.  This is the first request for extension by Gallagher.

WHEREFORE, Gallagher respectfully requests that this Court extend Gallagher's time to respond to the Class Action Complaint through and including March 4, 2026.

Dated: January 23, 2026                    Respectfully submitted,

s/     *J. Christian Nemeth*
MCDERMOTT WILL & EMERY LLP
J. Christian Nemeth
444 W. Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700
Email: *jcnemeth@mwe.com*

*Counsel for Defendant Gallagher Benefit Services*

2

## CERTIFICATE OF SERVICE

I, J. Christian Nemeth, hereby certify that, on January 23, 2026, I caused the foregoing *Motion for Extension of Time to Respond to the Class Action Complaint* to be filed electronically using this Court's CM/ECF system, thereby serving such filing on all registered participants identified in the Notice of Electronic Filing in this matter on this date.

/s/     *J. Christian Nemeth*
J. Christian Nemeth