**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Brewer et al v. CHS/ Community Health Systems, Inc. et al      Case Number: 25-15578

An appearance is hereby filed by the undersigned as attorney for:

Defendant CHS/Community Health Systems, Inc.

Attorney name (type or print):   Mark C. Nielsen

Firm: Groom Law Group, Chartered

Street address: 1701 Pennsylvania Avenue, NW, Suite 1200

City/State/Zip: Washington DC, 20006

Bar ID Number: DC-465220
(See item 3 in instructions)      Telephone Number: 202-861-5429

Email Address:  mcn@groom.com

Are you acting as lead counsel in this case?      ✓Yes   ☐No

Are you a member of the court's general bar?      ✓Yes   ☐No

Are you a member of the court's trial bar?      ☐Yes   ✓No

Are you appearing *pro hac vice*?      ☐Yes   ✓No

If this case reaches trial, will you act as the trial attorney?      ✓Yes   ☐No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on  2/2/2026

Attorney signature:   S/ Mark C. Nielsen
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023