**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Brewer et al v. CHS/ Community Health Systems, Inc. et al

Case Number: 25-15578

An appearance is hereby filed by the undersigned as attorney for:

Defendant CHS/Community Health Systems, Inc.

Attorney name (type or print): Daniel J. Cohen

Firm: Groom Law Group, Chartered

Street address: 1701 Pennsylvania Avenue, NW, Suite 1200

City/State/Zip: Washington DC, 20006

Bar ID Number: Illinois Bar - 6329558
(See item 3 in instructions)

Telephone Number: 202-861-5411

Email Address: DCohen@groom.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/2/2026

Attorney signature: S/ Daniel J. Cohen
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023