## United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| | |
|---|---|
| Case Title: Brewer et al | Plantiff(s) |
| VS. | |
| CHS/Community Health Systems, Inc. et al | Defendant(s) |

Case Number: 1:25-cv-15578        Judge: Honorable  Joan H. Lefkow

I, Lars C. Golumbic hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

Defendants CHS/Community Health Systems, Inc. by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Supreme Court of the United States | 2/21/2017 |
| U.S. District Court for the District of Colorado | 6/3/2013 |
| U.S. District Court for the District of Columbia | 9/17/2012 |
| U.S. District Court for the Easter District of Virginia | 11/23/1998 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| 25-cv-6849 | Barbich v. Northwestern University, et al. | 8/4/2025 (Granted) |
| 25-cv-8239 | Crowe v. CommonSpirit Health et al. | 8/5/2025 (Granted) |
| 25-cv-15583 | Braham v. Laboratory Corp. of America Holdings et al. | 2/2/2026 (Pending) |
| | | |

*If denied, please explain: (Attach additional form if necessary)

Has the applicant ever been:

| | | | |
|---|---|---|---|
| **censured, suspended, disbarred, or otherwise disciplined by any court?** | Yes ☐ | No ☑ |
| **or is the applicant currently the subject of an investigation of the applicant's professional conduct?** | Yes ☐ | No ☑ |
| **transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?** | Yes ☐ | No ☑ |
| **denied admission to the bar of any court?** | Yes ☐ | No ☑ |
| **held in contempt of court?** | Yes ☐ | No ☑ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

| February 2, 2026 | S/ Lars C. Golumbic |
|---|---|
| Date | Electronic Signature of Applicant |

| Applicant's Name | Last Name<br>Golumbic | First Name<br>Lars | Middle Name/Initial<br>C. |
|---|---|---|---|
| Applicant's Law Firm | Groom Law Group, Chartered | | |

| Applicant's Address | Street Address<br>1701 Pennsylvania Ave. NW | | | Room/Suite Number<br>1200 |
|---|---|---|---|---|
| | City<br>Washington DC | State<br>DC | ZIP Code<br>20006 | Work Phone Number and Email<br>202-861-6615<br>LGolumbic@groom.com |

**(The pro hac vice admission fee is $150.00 and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

**NOTE:** Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $181.00 The fee for pro hac vice admission is $150.00. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

Rev. 08/16/2023

Continued listing of courts in which I am a member in good standing and eligible to practice:

| Title of Court | Date Admitted |
|---|---|
| U.S. District Court, Eastern District of Wisconsin | 8/15/2005 |
| U.S. Court of Appeals, Second Circuit | 3/15/2005 |
| U.S. Court of Appeals, Third Circuit | 4/4/2023 |
| U.S. Court of Appeals, Fourth Circuit | 8/26/2019 |
| U.S. Court of Appeals, Fifth Circuit | 12/15/2011 |
| U.S. Court of Appeals, Sixth Circuit | 10/23/2013 |
| U.S. Court of Appeals, Seventh Circuit | 11/14/2014 |
| U.S. Court of Appeals, Eighth Circuit | 12/19/2018 |
| U.S. Court of Appeals, Ninth Circuit | 4/24/2008 |
| U.S. Court of Appeals, Tenth Circuit | 1/29/2016 |