**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DWAYNE BREWER, MARCIA FRANCOIS, KATHLEEN DOYLE-STARK, AND WENDY POINDEXTER, individually and as representatives of a class of participants and beneficiaries on behalf of the CHS/COMMUNITY HEALTH SYSTEMS, INC. WELFARE BENEFIT PLAN, <br><br> *Plaintiffs,* <br><br> vs. <br><br> CHS/COMMUNITY HEALTH SYSTEMS, INC., GALLAGHER BENEFIT SERVICES, INC., and JOHN DOES 1–20, <br><br> *Defendants.* | Case No. 25-cv-15578 <br><br> Hon. Joan H. Lefkow |

**DEFENDANT COMMUNITY HEALTH SYSTEMS'S OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT**

Defendant CHS/Community Health Systems, Inc. ("CHS"), through counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully requests that this Court enter an order extending the deadline for CHS to answer, plead, or otherwise respond to Plaintiffs' Class Action Complaint, through and including March 27, 2026. In support thereof, CHS states as follows:

1. Plaintiffs filed the Class Action Complaint on December 23, 2025. Doc. 1.

2. Plaintiffs' Summons and Complaint was served upon CHS on January 14, 2026, after which CHS engaged in a search for competent counsel to defend itself in this litigation.

3. CHS's deadline to answer, plead, or otherwise respond to the Complaint is currently February 4, 2026. CHS formally engaged its undersigned counsel, Groom Law Group, to represent it in this matter on January 28, 2026.

1

4.  Counsel for CHS requires time to investigate and appropriately respond to the lengthy allegations in Plaintiffs' Complaint, thus making the current responsive deadline of February 4, 2026, infeasible.

5.  Additionally, a key member of CHS's undersigned litigation team is scheduled for surgery in mid-February and such surgery will require recuperation time out of the office.

6.  Accordingly, CHS respectfully requests that its deadline to answer, plead, or otherwise respond to the Complaint be set for March 27, 2026.

7.  Accordingly, there is good cause for this proposed extension.

8.  Defendant Gallagher Benefits Services, Inc. ("Gallagher") was served on January 6, 2026 and its deadline to answer, plead, or otherwise respond to the Complaint is currently March 4, 2026.  Doc. 20.   Counsel for Gallagher represented that to the extent the Court grants CHS's request, Gallagher also requests a March 27, 2026, deadline to answer, plead, or otherwise respond to the Complaint so that all Parties' briefing schedules are synchronized, which promotes judicial efficiency and reduces the burdens on all Parties.

9.  On January 28, 2026, counsel for CHS emailed Plaintiffs' counsel regarding a proposed extension of its and Gallagher's responsive pleading deadline until March 27, 2026, and did not receive a response.  *See* Ex. A at 5–6 (Email chain among counsel for Plaintiffs and counsel for CHS).  On January 29, 2026, counsel for CHS again emailed Plaintiffs' counsel regarding a proposed extension, and again did not receive a response.  *See id.* at 5.

10.  On January 30, 2026, Plaintiffs' counsel responded, *id.*, and during a subsequent phone call, they informed counsel for CHS that the decision as to whether to agree to the proposed extension would be with lead counsel for Plaintiffs, Mr. Chapa, who was not available that day. Counsel for CHS advised Plaintiffs' counsel that unless Plaintiffs' counsel was able to provide

their position on the proposed extension request by mid-day afternoon on February 2, 2026, counsel for CHS would have no choice but to file a motion for an extension of time. *See id.* at 4. Plaintiffs' counsel said they understood this position and why a motion might be necessary given the impending response date.

11. By 12:20 p.m. Central Time on February 2, 2026, Plaintiffs' counsel failed to advise one way or the other on whether they would agree to CHS's extension request.

12. Several hours later, Mr. Chapa responded for the first time. Mr. Chapa stated that while he "understand[s] why [CHS is] requesting additional time," and did not oppose an extension of CHS's deadline to respond until March 4, 2026, he opposed the March 27, 2026, request, because Plaintiffs' counsel "do not believe" the request is "reasonable." *Id.* at 1, 3. Plaintiffs' counsel did not identify any prejudice as a result of the proposed March 27, 2026, extension.

13. Counsel for CHS explained to Mr. Chapa that his position was unreasonable and inconsistent with positions that his firm has recently taken in substantially similar cases that were filed contemporaneously with this case, and where other defendants had been served well before CHS was served in this case, and that this Motion would have to be filed. *See id.* at 1; *see also, e.g.*, Doc. 22 at ¶¶ 2, 8, *Pimm v. United Airlines Inc.*, No. 1:25-cv-15581 (N.D. Ill. Jan. 26, 2026) (agreeing to extension of response deadline until March 30, 2026, with service effectuated on January 5, 2026); Docs. 13 at 3, 19 at ¶ 2, *Braham v. Lab'y Corp. of Am. Holdings*, No. 1:25-cv-15583 (N.D. Ill. 2026) (agreeing to proposed extension of response deadline until March 16, 2026, with service effectuated on January 5, 2026).

14. No prejudice to any party will result if this motion is granted, as this Court has not yet imposed a schedule for this case.

15.     This motion is made in good faith and not for purposes of delay.  This is CHS's first request for an extension of time.  The parties do not anticipate that any further extensions will be necessary.

WHEREFORE, CHS respectfully requests that this Court extend its time to answer, plead, or otherwise respond to Plaintiffs' Class Action Complaint through and including March 27, 2026.

Dated: February 2, 2026

Respectfully submitted,

By: */s/ Mark C. Nielsen*
Mark C. Nielsen (no. 90785769)
Daniel J. Cohen (no. 6329558)
Lars C. Golumbic*
Kara Petteway Wheatley*
Colleen J. Harrison**
Groom Law Group, Chartered
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Phone: 202-861-6615
Fax: 202-659-4503
mnielsen@groom.com
dcohen@groom.com
lgolumbic@groom.com
kwheatley@groom.com
charrison@groom.com

*Counsel for Defendant CHS/Community Health Systems, Inc.*

\*Pro hac vice application pending
\*\* *Pro hac vice* application forthcoming

## CERTIFICATE OF SERVICE

I, Mark C. Nielsen, hereby certify that, on February 2, 2026, I caused the foregoing *Opposed Motion for Extension of Time to Respond to Plaintiffs' Class Action Complaint* to be filed electronically using this Court's CM/ECF system, thereby serving such filing on all registered participants identified in the Notice of Electronic Filing in this matter on this date.

/s/ *Mark C. Nielsen*_____
Mark C. Nielsen