**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| DWAYNE BREWER, MARCIA FRANCOIS, KATHLEEN DOYLE-STARK, AND WENDY POINDEXTER, individually and as representatives of a class of participants and beneficiaries on behalf of the CHS/COMMUNITY HEALTH SYSTEMS, INC. WELFARE BENEFIT PLAN, | Case No. 25-cv-15578<br><br>Hon. Joan H. Lefkow |
| *Plaintiffs,* | |
| vs. | |
| CHS/COMMUNITY HEALTH SYSTEMS, INC., GALLAGHER BENEFIT SERVICES, INC., and JOHN DOES 1–20, | |
| *Defendants.* | |

## DEFENDANT CHS/COMMUNITY HEALTH SYSTEMS, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTICE OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant CHS/Community Health Systems, Inc., by and through their undersigned counsel, states as follows:

1. CHS/Community Health Systems, Inc., is a subsidiary that is fully owned by Community Health Systems, Inc.

2. Community Health Systems, Inc., is a publicly held corporation that has no parent corporation.

3. After a diligent review, CHS/Community Health Systems, Inc. has identified no known affiliates.

Dated: February 2, 2026

Respectfully submitted,

By: */s/ Mark C. Nielsen*
Mark C. Nielsen (no. 90785769)
Daniel J. Cohen (no. 6329558)
Lars C. Golumbic*
Kara Petteway Wheatley*
Colleen J. Harrison**
Groom Law Group, Chartered
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Phone: 202-861-6615
Fax: 202-659-4503
mnielsen@groom.com
dcohen@groom.com
lgolumbic@groom.com
KWheatley@groom.com
charrison@groom.com

*Counsel for Defendant CHS/Community Health Systems, Inc.*

**Pro hac vice* application pending
**Pro hac vice* application forthcoming

2

**<u>CERTIFICATE OF SERVICE</u>**

I, Mark C. Nielsen, hereby certify that, on February 2, 2026, I caused the foregoing *Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement and Local Rule 3.2 Notice of Affiliates* to be filed electronically using this Court's CM/ECF system, thereby serving such filing on all registered participants identified in the Notice of Electronic Filing in this matter on this date.

*/s/ Mark C. Nielsen*
Mark C. Nielsen