**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Dwayne Brewer, et al.

                                Plaintiff,

v.                                        Case No.: 1:25−cv−15578
                                              Honorable Joan H. Lefkow

CHS/Community Health Systems, Inc., et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 3, 2026:

      MINUTE entry before the Honorable Joan H. Lefkow: Opposed motion for extension of time [25] is granted. Defendants shall answer or otherwise plead to the complaint by 3/27/2026. The status hearing set for 3/11/2026 is stricken and reset to 4/8/2026 at 9:30 a.m. in courtroom 2201. Motions to appear pro hac vice [23], [24], and [27] are granted. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.