**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DWAYNE BREWER, MARCIA FRANCOIS, KATHLEEN DOYLE-STARK, AND WENDY POINDEXTER, individually and as representatives of a class of participants and beneficiaries on behalf of the CHS/COMMUNITY HEALTH SYSTEMS, INC. WELFARE BENEFIT PLAN, | Case No. 25-cv-15578 Hon. Joan H. Lefkow |
| *Plaintiffs,* | |
| vs. | |
| CHS/COMMUNITY HEALTH SYSTEMS, INC., GALLAGHER BENEFIT SERVICES, INC., and JOHN DOES 1–20, | |
| *Defendants.* | |

**<u>DEFENDANTS' JOINT OPPOSED MOTION TO EXCEED PAGE LIMITATION</u>**

Defendants CHS/Community Health Systems, Inc. and Gallagher Benefit Services, Inc. (collectively, "Defendants") respectfully request leave to exceed Local Rule 7.1's 15-page limitation for their separate Memorandums of Law in support of their individual, forthcoming motions to dismiss, which are due to be filed on Friday, March 27, 2026. *See* Doc. 28.

Defendants request a 25-page limit for each brief. This extension of the page limit will allow Defendants to clearly and fully apprise the Court of the detailed facts and legal issues at stake. Given the scope and complexity of the Complaint—49 pages, six separate causes of action, multiple ERISA fiduciary and prohibited transaction theories, and extensive industry data—Defendants respectfully submit that a 25-page limit is reasonable and warranted. Defendants will include tables of contents and tables of authorities as required by Local Rule 7.1 in their memoranda.

1

Defendants have conferred with Plaintiffs via email regarding this Motion. Plaintiffs have agreed to an extension of the page limit. Plaintiffs, however, only consent to Defendants filing briefs that are 19 pages in length. Defendants believe that this proposed page limitation is arbitrary and insufficient to address the scope of the matters raised in the Complaint.

Plaintiffs have stated they intend to file a written response to this motion, which they propose filing on March 23, 2026. Plaintiffs further propose that Defendants file their reply by March 24, 2026.

Dated: March 19, 2026

Respectfully submitted,

By: */s/ J. Christian Nemeth*
J. Christian Nemeth
McDermott Will & Emery LLP
444 W. Lake Street, Suite 4000
Chicago, IL 60606
Phone: 312-372-2000
Fax: 312-984-7700
jcnemeth@mwe.com

*Counsel for Defendant Gallagher
Benefit Services*

By: */s/ Mark C. Nielsen*
Mark C. Nielsen (no. 90785769)
Daniel J. Cohen (no. 6329558)
Lars C. Golumbic*
Kara Petteway Wheatley*
Colleen J. Harrison*
Groom Law Group, Chartered
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Phone: 202-861-6615
Fax: 202-659-4503
mnielsen@groom.com
dcohen@groom.com
lgolumbic@groom.com
KWheatley@groom.com
charrison@groom.com

*Counsel for Defendant CHS/Community
Health Systems, Inc.*

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I, Mark C. Nielsen, hereby certify that, on March 19, 2026, I caused the foregoing *Defendants' Joint Opposed Motion to Exceed Page Limitation* to be filed electronically using this Court's CM/ECF system, thereby serving such filing on all registered participants identified in the Notice of Electronic Filing in this matter on this date.

/s/ *Mark C. Nielsen*_____
Mark C. Nielsen

3