**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Dwayne Brewer, et al.

                               Plaintiff,

v.                                         Case No.: 1:25−cv−15578
                                         Honorable Joan H. Lefkow

CHS/Community Health Systems, Inc., et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 23, 2026:

       MINUTE entry before the Honorable Joan H. Lefkow: Opposed motion for leave to file excess pages [32] is granted in part. The parties may have up to 22 pages for their briefs. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.