**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DWAYNE BREWER, MARCIA FRANCOIS, KATHLEEN DOYLE-STARK, AND WENDY POINDEXTER, individually and as representatives of a class of participants and beneficiaries on behalf of the CHS/COMMUNITY HEALTH SYSTEMS, INC. WELFARE BENEFIT PLAN, <br><br> *Plaintiffs,* <br><br> vs. <br><br> CHS/COMMUNITY HEALTH SYSTEMS, INC., GALLAGHER BENEFIT SERVICES, INC., and JOHN DOES 1–20, <br><br> *Defendants.* | Case No. 25-cv-15578 <br><br> Hon. Joan H. Lefkow |

**DEFENDANT CHS/COMMUNITY HEALTH SYSTEMS, INC.'S**
**MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**
**PURSUANT TO RULE 12(b)(1) AND 12(b)(6)**

Defendant CHS/Community Health Systems, Inc. ("CHS"), by and through its undersigned counsel, hereby moves to dismiss Plaintiffs Dwayne Brewer, Marcia Francois, Kathleen Doyle-Stark, and Wendy Poindexter's Class Action Complaint (Doc. 1) pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

For the reasons set forth in the accompanying Memorandum, the Court should dismiss the Complaint in its entirety and with prejudice because Plaintiffs lack standing under Article III of the Constitution to pursue their claims against Defendants, and because they fail to state any plausible claim upon which relief can be granted.

WHEREFORE, CHS respectfully requests that, upon due consideration of the motion and controlling precedent, the Court order the dismissal of the Class Action Complaint and this action.

Dated: March 27, 2026

Respectfully submitted,

By: */s/ Mark C. Nielsen*
Mark C. Nielsen (no. 90785769)
Daniel J. Cohen (no. 6329558)
Lars C. Golumbic*
Kara Petteway Wheatley*
Colleen J. Harrison*
Groom Law Group, Chartered
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Phone: 202-861-6615
Fax: 202-659-4503
mnielsen@groom.com
dcohen@groom.com
lgolumbic@groom.com
KWheatley@groom.com
charrison@groom.com

*Counsel for Defendant CHS/Community Health Systems, Inc.*

*Admitted *pro hac vice*

2

## **CERTIFICATE OF SERVICE**

I, Mark C. Nielsen, hereby certify that, on March 27, 2026, I caused the foregoing to be filed electronically using this Court's CM/ECF system, thereby serving such filing on all registered participants identified in the Notice of Electronic Filing in this matter on this date.

/s/ *Mark C. Nielsen*___
Mark C. Nielsen

3