**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| DWAYNE BREWER, MARCIA FRANCOIS, KATHLEEN DOYLE-STARK, AND WENDY POINDEXTER, individually and as representatives of a class of participants and beneficiaries on behalf of the CHS/COMMUNITY HEALTH SYSTEMS, INC. WELFARE BENEFIT PLAN,<br>    *Plaintiffs*,<br>        v.<br>CHS/COMMUNITY HEALTH SYSTEMS, INC., GALLAGHER BENEFIT SERVICES, INC., and JOHN DOES 1-20,<br>    *Defendants*. | Case No. 25-cv-15578<br>Honorable Joan Humphrey Lefkow |

**GALLAGHER'S MOTION TO DISMISS
PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**

Defendant Gallagher Benefit Services, Inc. ("Gallagher") moves this Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss Plaintiffs' Complaint.

The Complaint alleges violations of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001 *et seq*. ("ERISA"), and seeks certification of this action as a class action pursuant to Fed. R. Civ. P. 23. For the reasons set forth in Gallagher's Memorandum in Support of Its Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6), this Court should dismiss Plaintiffs' Complaint in its entirety with prejudice.

1

Dated: March 27, 2026                    Respectfully submitted,


                                         /s/ J. Christian Nemeth
                                         J. Christian Nemeth (ARDC No. 6276708)
                                         jcnemeth@mcdermottlaw.com
                                         McDermott Will & Schulte LLP
                                         444 W. Lake St, Suite 4000
                                         Chicago, IL 60606
                                         Phone: (312) 372-2000

                                         *Attorneys for Defendant Gallagher
                                         Benefit Services, Inc.*

2

## CERTIFICATE OF SERVICE

I, J. Christian Nemeth, an attorney, hereby certify that on March 27, 2026, I caused a true and correct copy of the foregoing **MOTION TO DISMISS** to be electronically filed with the Clerk of Court using CM/ECF, which will serve all counsel of record.

*/s/ J. Christian Nemeth*
J. Christian Nemeth
McDermott Will & Schulte LLP