**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DWAYNE BREWER, MARCIA FRANCOIS, KATHLEEN DOYLE-STARK, AND WENDY POINDEXTER, individually and as representatives of a class of participants and beneficiaries on behalf of the CHS/COMMUNITY HEALTH SYSTEMS, INC. WELFARE BENEFIT PLAN, | Case No. 25-cv-15578 Hon. Joan H. Lefkow |
| *Plaintiffs,* | |
| vs. | |
| CHS/COMMUNITY HEALTH SYSTEMS, INC., GALLAGHER BENEFIT SERVICES, INC., and JOHN DOES 1–20, | |
| *Defendants.* | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND**
**TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT AND**
**TO SET A BRIEFING SCHEDULE**

Defendants CHS/Community Health Systems, Inc. ("CHS") and Gallagher Benefit Services, Inc., ("Gallagher") (collectively "Defendants"), through counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully request that this Court enter an order extending the deadline for Defendants to answer, plead, or otherwise respond to Plaintiffs' Amended Class Action Complaint, through and including May 18, 2026 and to set a briefing schedule on Defendants' anticipated motions to dismiss. In support thereof, Defendants state as follows:

1. Plaintiffs filed an Amended Complaint on April 17, 2026. Dkt. 41.

2. Defendants' deadlines to answer, plead, or otherwise respond to the Amended Complaint are May 1, 2026.

3.     Because of the scope and complexity of the factual issues raised by Plaintiffs' Amended Complaint, Defendants and their counsel require additional time to prepare a proper response.

4.     On April 22-24, 2026, counsel for Defendants conferred with counsel for Plaintiffs regarding a proposed extension of Defendants' responsive pleading deadline and a proposed briefing schedule.  The parties agreed to the following schedule:

    a.  May 18, 2026:  Defendants' Responses to Amended Complaint

    b.  June 18, 2026:  Plaintiffs' Oppositions to Defendants' Responses

    c.  July 9, 2026:  Defendants' Replies

5.     The Court has not yet entered a scheduling order; therefore, the requested extension will not affect any other deadlines.

6.     Defendants make this motion in good faith and not for purposes of delay.  This is Defendants' first request for an extension of time of the deadline to respond to the Amended Complaint.

WHEREFORE, Defendants respectfully request that this Court extend Defendants' time to answer, plead, or otherwise respond to Plaintiffs' Amended Class Action Complaint through and including May 18, 2026; that Plaintiffs' responses be due on June 18, 2026; and that Defendants' reply brief be due on July 9, 2026.

2

Dated: April 24, 2026

Respectfully submitted,

By: */s/ Mark C. Nielsen*
Mark C. Nielsen (no. 90785769)
Daniel J. Cohen (no. 6329558)
Lars C. Golumbic*
Kara Petteway Wheatley*
Colleen J. Harrison*
Groom Law Group, Chartered
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Phone: 202-861-6615
Fax: 202-659-4503
mnielsen@groom.com
dcohen@groom.com
lgolumbic@groom.com
kwheatley@groom.com
charrison@groom.com

*Counsel for Defendant CHS/Community Health Systems, Inc.*

*\*Pro hac vice*

*s/ J. Christian Nemeth*
MCDERMOTT WILL & EMERY LLP
J. Christian Nemeth
444 W. Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: jcnemeth@mwe.com

*Counsel for Defendant Gallagher Benefit Services*

3

## CERTIFICATE OF SERVICE

I, Mark C. Nielsen, hereby certify that, on April 24, 2026, I caused the foregoing *Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Amended Class Action Complaint* to be filed electronically using this Court's CM/ECF system, thereby serving such filing on all registered participants identified in the Notice of Electronic Filing in this matter on this date.

/s/ *Mark C. Nielsen*
Mark C. Nielsen