## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Dwayne Brewer, et al.

Plaintiff,

v.

Case No.: 1:25−cv−15578
Honorable Joan H. Lefkow

CHS/Community Health Systems, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 27, 2026:

MINUTE entry before the Honorable Joan H. Lefkow: Motion for extension of time to answer [43] is granted. Defendants shall answer or otherwise plead to the amended complaint by 5/18/2026. If a motion to dismiss is filed, Plaintiffs' response will be due by 6/18/2026; Defendants' reply by 7/9/2026. Motions to dismiss [35] and [38] are terminated as moot. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.