**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DWAYNE BREWER, MARCIA FRANCOIS, KATHLEEN DOYLE-STARK, AND WENDY POINDEXTER, individually and as representatives of a class of participants and beneficiaries on behalf of the CHS/COMMUNITY HEALTH SYSTEMS, INC. WELFARE BENEFIT PLAN, | Case No. 25-cv-15578<br><br>Hon. Joan H. Lefkow |
| *Plaintiffs,* | |
| vs. | |
| CHS/COMMUNITY HEALTH SYSTEMS, INC., GALLAGHER BENEFIT SERVICES, INC., and JOHN DOES 1–20, | |
| *Defendants.* | |

**DEFENDANTS' JOINT UNOPPOSED MOTION TO EXCEED PAGE LIMITATION**

Defendants CHS/Community Health Systems, Inc. and Gallagher Benefit Services, Inc. (collectively, "Defendants") respectfully request leave to exceed Local Rule 7.1's 15-page limitation for their separate Memorandums of Law in support of their individual, forthcoming motions to dismiss, which are due to be filed on Monday, May 18, 2026. *See* Dkt. 44.

Defendants request a 22-page limit for each brief, consistent with the Court's prior order regarding Defendants' motions to dismiss the original complaint. *See* Dkt 34. This extension of the page limit will allow Defendants to clearly and fully apprise the Court of the detailed facts and legal issues at stake. Given the scope and complexity of the Amended Complaint—57 pages, six separate causes of action, multiple ERISA fiduciary and prohibited transaction theories, and extensive industry data—Defendants respectfully submit that a 22-page limit is reasonable and

1

warranted.  Defendants will include tables of contents and tables of authorities as required by Local

Rule 7.1 in their memoranda.

Defendants have conferred with Plaintiffs via email regarding this Motion.  Plaintiffs have

agreed to an extension of the page limit.

Dated: May 6, 2026

By: */s/ J. Christian Nemeth*
J. Christian Nemeth
McDermott Will & Emery LLP
444 W. Lake Street, Suite 4000
Chicago, IL 60606
Phone: 312-372-2000
Fax: 312-984-7700
jcnemeth@mwe.com

*Counsel for Defendant Gallagher*
*Benefit Services, Inc.*

Respectfully submitted,

By: */s/ Mark C. Nielsen*
Mark C. Nielsen (no. 90785769)
Daniel J. Cohen (no. 6329558)
Lars C. Golumbic*
Kara Petteway Wheatley*
Colleen J. Harrison*
Groom Law Group, Chartered
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Phone: 202-861-6615
Fax: 202-659-4503
mnielsen@groom.com
dcohen@groom.com
lgolumbic@groom.com
KWheatley@groom.com
charrison@groom.com

*Counsel for Defendant CHS/Community*
*Health Systems, Inc.*

*Admitted *pro hac vice*

2

## CERTIFICATE OF SERVICE

I, Mark C. Nielsen, hereby certify that, on May 6, 2026, I caused the foregoing *Defendants'*

*Joint Unopposed Motion to Exceed Page Limitation* to be filed electronically using this Court's

CM/ECF system, thereby serving such filing on all registered participants identified in the Notice

of Electronic Filing in this matter on this date.

/s/ *Mark C. Nielsen__*
Mark C. Nielsen