**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DWAYNE BREWER, MARCIA FRANCOIS, KATHLEEN DOYLE-STARK, AND WENDY POINDEXTER, individually and as representatives of a class of participants and beneficiaries on behalf of the CHS/COMMUNITY HEALTH SYSTEMS, INC. WELFARE BENEFIT PLAN, <br><br> *Plaintiffs,* <br><br> vs. <br><br> CHS/COMMUNITY HEALTH SYSTEMS, INC., GALLAGHER BENEFIT SERVICES, INC., and JOHN DOES 1–20, <br><br> *Defendants.* | Case No. 25-cv-15578 <br><br> Hon. Joan H. Lefkow |

**DEFENDANT CHS/COMMUNITY HEALTH SYSTEMS, INC.'S**
**MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**
**PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**

Defendant CHS/Community Health Systems, Inc. ("CHS"), by and through its undersigned counsel, hereby moves to dismiss Plaintiffs Dwayne Brewer, Marcia Francois, Kathleen Doyle-Stark, and Wendy Poindexter's First Amended Complaint (Doc. 41) pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

For the reasons set forth in the accompanying Memorandum, the Court should dismiss Counts I-III of the First Amended Complaint as to CHS in their entirety and with prejudice because Plaintiffs (1) lack standing under Article III of the Constitution to pursue their claims and (2) fail to state any plausible claim upon which relief can be granted.

1

WHEREFORE, CHS respectfully requests that, upon due consideration of the motion and controlling precedent, the Court order the dismissal of Counts I-III of the First Amended Complaint in their entirety and with prejudice.

Dated: May 18, 2026

Respectfully submitted,

By: */s/ Mark C. Nielsen*
Mark C. Nielsen (no. 90785769)
Daniel J. Cohen (no. 6329558)
Lars C. Golumbic*
Kara Petteway Wheatley*
Colleen J. Harrison*
Groom Law Group, Chartered
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Phone: 202-861-6615
Fax: 202-659-4503
mnielsen@groom.com
dcohen@groom.com
lgolumbic@groom.com
KWheatley@groom.com
charrison@groom.com

*Counsel for Defendant CHS/Community Health Systems, Inc.*

*Admitted pro hac vice

2

## <u>CERTIFICATE OF SERVICE</u>

I, Mark C. Nielsen, hereby certify that, on May 18, 2026, I caused the foregoing to be filed electronically using this Court's CM/ECF system, thereby serving such filing on all registered participants identified in the Notice of Electronic Filing in this matter on this date.

/s/ *Mark C. Nielsen*___
Mark C. Nielsen