**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DWAYNE BREWER, MARCIA FRANCOIS, KATHLEEN DOYLE-STARK, AND WENDY POINDEXTER, individually and as representatives of a class of participants and beneficiaries on behalf of the CHS/COMMUNITY HEALTH SYSTEMS, INC. WELFARE BENEFIT PLAN, *Plaintiffs*, v. CHS/COMMUNITY HEALTH SYSTEMS, INC., GALLAGHER BENEFIT SERVICES, INC., and JOHN DOES 1-20, *Defendants*. | Case No. 25-cv-15578 Honorable Joan Humphrey Lefkow |

**GALLAGHER'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED**
**COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**

Defendant Gallagher Benefit Services, Inc. ("Gallagher") moves this Court pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss Plaintiffs' First Amended Complaint ("FAC").

The Complaint alleges violations of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. § 1001 *et seq*. ("ERISA"), and seeks certification of this action as a class action pursuant to Fed. R. Civ. P. 23. For the reasons set forth in Gallagher's Memorandum in Support of Its Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Rules 12(b)(1) and 12(b)(6), this Court should dismiss the FAC in its entirety with prejudice.

1

2

Dated: May 18, 2026

Respectfully submitted,

*/s/ J. Christian Nemeth*
J. Christian Nemeth (ARDC No. 6276708)
jcnemeth@mcdermottlaw.com
McDermott Will & Schulte LLP
444 W. Lake St, Suite 4000
Chicago, IL 60606
Phone: (312) 372-2000

*Attorney for Defendant Gallagher*
*Benefit Services, Inc.*

2

## CERTIFICATE OF SERVICE

I, J. Christian Nemeth, an attorney, hereby certify that on May 18, 2026, I caused a true and correct copy of the foregoing **MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** to be electronically filed with the Clerk of Court using CM/ ECF, which will serve all counsel of record.

*/s/ J. Christian Nemeth*
J. Christian Nemeth
McDermott Will & Schulte LLP