**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Dwayne Brewer, et al.

　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No.: 1:25−cv−15578
　　　　　　　　　　　　　　　　　　　　　　Honorable Joan H. Lefkow

CHS/Community Health Systems, Inc., et al.

　　　　　　　　　　　　　　　　　Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 10, 2026:

　　　　MINUTE entry before the Honorable Joan H. Lefkow: Motion hearing held. The motion to stay [52] is granted for the reasons stated on the record. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.